UNITED STATES of America, Plaintiff–Appellee,

v.

Vicente ORTIZ–HERNANDEZ, Defendant–Appellant.

No. 11–10573.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 10, 2012.*

Filed Sept. 20, 2012.

Brandon Bolling, Esquire, Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Darla Jean Mondou, Esquire, Mondou Law Office, Marana, AZ, for Defendant–Appellant.

Before: WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

MEMORANDUM ***

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Vicente Ortiz–Hernandez appeals from the 36–month sentence imposed following his guilty-plea conviction for reentry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Ortiz–Hernandez's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Ortiz–Hernandez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.